OCTOBER 5, 1964.

No. 543. - KATZENBACH, ACTING ATTORNEY GENERAL, ET AL. v. McCLUNG ET AL. Appeal from the United States District Court for the Northern District of Alabama. Probable jurisdiction noted. Motion of NAACP Legal Defense and Educational Fund, Inc., for leave to file brief, as *amicus curiae*, granted. Joint motion to expedite briefing and oral argument granted and case set for oral argument on Monday, October 5, 1964, immediately following No. 515. *Solicitor General Cox, Assistant Attorney General Marshall, Ralph S. Spritzer, Philip B. Heymann, Harold H. Greene* and *Gerald P. Choppin* for appellants. *Robert McD. Smith* and *William G. Somerville* for appellees. *Jack Greenberg, Constance Baker Motley, James M. Nabrit III* and *Charles L. Black, Jr.,* for NAACP Legal Defense and Educational Fund, Inc., as *amicus curiae,* in support of appellants. *T. W. Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Deputy Attorney General, for the State of North Carolina, as *amicus curiae,* in support of appellees.